CARL FABIAN, State Bar # 112783
NAME

Attorney at Law

3232 4th Avenue

CURRENT ADDRESS OR PLACE OF CONFINEMENT

San Diego, CA 92103-5702
CITY, STATE, ZIP CODE

FILED

08 JAN -9 PM 1:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0052 BEN AJB

RONALD VERHEGGEN
(FULL NAME OF PETITIONER)

PETITIONER

v.

JAMES E. TILTON, Secretary of CDCR
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT
and

EDMUND G. BROWN, Jr.,
The Attorney General of the State of California, Additional Respondent.

Civil No _____
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack:
   San Diego Superior Court, 220 West Broadway, San Diego, CA 92101

2. Date of judgment of conviction: February 16, 2005

3. Trial court case number of the judgment of conviction being challenged:
   SCD170667

4. Length of sentence: 25 years to life

CIV 68 (Rev. Jan. 2006)                                                                 cv

5. Sentence start date and projected release date: 10/23/2002 to 09/30/2003; 01/19/2005 and continuing. No projected release date.

6. Offense(s) for which you were convicted or pleaded guilty (all counts):
   Cal. Penal Code section 12021, subdivision (a) [felon in possession of a firearm]

7. What was your plea? (CHECK ONE)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury
   (b) Judge only

9. Did you testify at the trial?
   Yes    No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes  ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: AFFIRMED
    (b) Date of result (if known): JUNE 28, 2006
    (c) Case number and citation (if known): D046077, Cal. Court of Appeal, 4th District, Division One
    (d) Names of Judges participating in case (if known):
        Justices Benke (Acting P.J.), Huffman and McDonald
    (e) Grounds raised on direct appeal:
        1. THE TRIAL COURT ABUSED ITS DISCRETION IN REFUSING TO STRIKE A STRIKE; 2. THE TRIAL COURT MISUNDERSTOOD THE SCOPE OF ITS DISCRETION BY FAILING TO CREDIT APPELLANT'S COOPERATION WITH LAW ENFORCEMENT.

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: DENIED
    (b) Date of result (if known): OCTOBER 11, 2006
    (c) Case number and citation (if known):
        S0145718
    (d) Grounds raised:
        1. THE TRIAL COURT ABUSED ITS DISCRETION IN REFUSING TO STRIKE A STRIKE; 2. THE TRIAL COURT MISUNDERSTOOD THE SCOPE OF ITS DISCRETION BY FAILING TO CREDIT APPELLANT'S COOPERATION WITH LAW ENFORCEMENT; AND THESE ACTS DENIED DUE PROCESS TO PETITIONER

13. If you filed a petition for certiorari in the <u>United States Supreme Court</u>, please answer the following with respect to that petition:
    (a) Result: NO PETITION FOR CERT. FILED
    (b) Date of result (if known):
    (c) Case number and citation (if known):

    (d) Grounds raised:

### COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Superior Court</u>?
    ☐ Yes ☒ No

15. If your answer to #14 was "Yes," give the following information:

    (a) <u>California Superior Court</u> Case Number (if known):
    (b) Nature of proceeding:

    (c) Grounds raised:



    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes    No
    (e) Result:
    (f) Date of result (if known):

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Court of Appeal</u>?
    ☐ Yes ☒ No

17. If your answer to #16 was "Yes," give the following information:
   (a) **California Court of Appeal** Case Number (if known):
   (b) Nature of proceeding:
   (c) Names of Judges participating in case (if known)

   (d) Grounds raised:


   (e) Did you receive an evidentiary hearing on your petition, application or motion?
       Yes    No
   (f) Result:
   (g) Date of result (if known):


18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☐ Yes  ☒ No


19. If your answer to #18 was "Yes," give the following information:
   (a) **California Supreme Court** Case Number (if known):
   (b) Nature of proceeding:

   (c) Grounds raised:




   (d) Did you receive an evidentiary hearing on your petition, application or motion?
       Yes    No
   (e) Result:
   (f) Date of result (if known):

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:
N/A

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☒ Yes ☐ No        (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed?
    (i) What was the prior case number?
    (ii) Was the prior action (CHECK ONE):
        Denied on the merits?
        Dismissed for procedural reasons?
    (iii) Date of decision:
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        Yes    No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        Yes    No

---

### CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

   (a) **GROUND ONE**:
   THE TRIAL COURT MADE AN UNREASONABLE DETERMINATION OF THE FACTS IN LIGHT OF THE EVIDENCE PRESENTED AT THE SENTENCING HEARING RESULTING IN A DENIAL OF DUE PROCESS TO PETITIONER.

   **Supporting FACTS:**
   See Attached Memorandum of Points and Authorities.

   **Did you raise GROUND ONE in the California Supreme Court?**

   ☒ Yes ☐ No.

   If yes, answer the following:

   (1) Nature of proceeding (i.e., petition for review, habeas petition): Petition for Review

   (2) Case number or citation: S145718

   (3) Result (attach a copy of the court's opinion or order if available):
   Summary Denial.

(b) **GROUND TWO:**
PETITIONER WAS DENIED DUE PROCESS BY THE FAILURE OF THE TRIAL COURT TO CONSIDER HIS COOPERATION WITH LAW ENFORCEMENT AS FACTS WARRANTING LENIENCY.

**Supporting FACTS:**
SEE ATTACHED MEMORANDUM OF POINTS AND AUTHORITIES

**Did you raise GROUND TWO in the California Supreme Court?**

☒ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): Petition for Review

(2) Case number or citation: S145718

(3) Result (attach a copy of the court's opinion or order if available):
SUMMARILY DENIED.

(c) **GROUND THREE:**




**Supporting FACTS:**
















































**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☐ No.

    If yes, answer the following:

    (1)    Nature of proceeding (i.e., petition for review, habeas petition):

    (2)    Case number or citation:

    (3)    Result (attach a copy of the court's opinion or order if available):

**(d)** **GROUND FOUR:**

**Supporting FACTS:**

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

If yes, answer the following:

    (1)    Nature of proceeding (i.e., petition for review, habeas petition):

    (2)    Case number or citation:

    (3)    Result (attach a copy of the court's opinion or order if available):

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    ☐ Yes   ☒ No

24. If your answer to #23 is "Yes," give the following information:

    (a) Name of Court:

    (b) Case Number:

    (c) Date action filed:

    (d) Nature of proceeding:

    (e) Name(s) of judges (if known):

    (f) Grounds raised:

    (g) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes    No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing .........

    (b) At arraignment and plea ....... WILLIAM TRAINOR, Esq.
    400 South Melrose Drive, Suite 200
    Vista, CA 92081-6632

    (c) At trial ..................... N/A

    (d) At sentencing ................ see (b), ante

    (e) On appeal ................... CARL FABIAN, Esq.
    3232 4th Avenue
    San Diego, CA 92103

    (f) In any post-conviction proceeding . N/A

    (g) On appeal from any adverse ruling in a post-conviction proceeding:
         N/A

**26.** Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes ☒ No

**27.** Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☒ No

(a) If so, give name and location of court that imposed sentence to be served in the future:

(b) Give date and length of the future sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes    No

**28.** Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to procced before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court:

N|A

CIV 68 (Rev. Jan. 2006)
-11-
cv

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____  see attached verification
(DATE)                    SIGNATURE OF PETITIONER

CIV 68 (Rev. Jan. 2006)                -12-                                    cv

Court of Appeal, Fourth Appellate District, Div. 1 - Nos. D046077/D043302
S145718

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

THE PEOPLE, Plaintiff and Respondent,

v.

RONALD MARK VERHEGGEN, Defendant and Appellant.

SUPREME COURT
FILED

OCT 11 2006

Frederick K. Ohlrich Clerk

_____
DEPUTY

Petitioner's request for judicial notice of the record in *People v. Superior Court (Verheggen)* (July 20, 2004, D043302) nonpub. opn.) is granted.

Petitioner's request to file the petition for review under seal is granted. (Cal. Rules of Court, rules 12.5, 243.1.) The redacted petition is ordered filed, and the unredacted petition is ordered filed under seal.

The petition for review is denied.

**GEORGE**
Chief Justice

Attachment to Petition for Habeas Corpus
*Verheggen v. Tilton*

## VERIFICATION OF COUNSEL

I, CARL FABIAN, do hereby declare under penalty of perjury under the laws of the State of California that I have read the foregoing Petition for Writ of Habeas Corpus and know the contents thereof. The same is true based upon my information and belief as counsel for said Petitioner in his state court appellate proceedings, and based upon my review of certified copies of the Clerks' and Reporters' transcripts in the appellate record filed under case number D046077.

I make this verification on behalf of Petitioner RONALD VERHEGGEN because he is presently incarcerated at the R.J. Donovan state prison in San Diego, California, and is therefore unable to make this verification without significant difficulty and delay, and because I am more familiar than Petitioner with the matters raised in this petition.

Dated: January 8, 2008

_____
CARL FABIAN, Attorney for
Petitioner RONALD VERHEGGEN

```
            UNITED STATES
           DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
              SAN DIEGO DIVISION

         # 146255      - BH

          January 09, 2008
              13:51:02


             Habeas Corpus
   USAO #.: 08CV0052 HABEAS FILING
   Judge..: ROGER T BENITEZ
   Amount.:                    $5.00 CK
   Check#.: BC# 11512



           Total->   $5.00


   FROM: VERHEGGEN V. TILTON ET AL
         HABEAS FILING
```

♦JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED
08 JAN -9 PM 1:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 CV 0052 BEN AJB

## I. (a) PLAINTIFFS
RONALD VERHEGGEN

**(b)** County of Residence of First Listed Plaintiff  **SAN DIEGO**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
CARL FABIAN, Attorney at Law, 3232 4th AVENUE, SAN DIEGO, CA 92103-5702; (619) 692-0440; State Bar #112783

## DEFENDANTS
JAMES E. TILTON, Secretary of CDCR; and EDMUND G. BROWN, Jr., Attorney General of California

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
OFFICE OF THE ATTORNEY GENERAL, P.O. Box 85266, SAN DIEGO, CA 92186-5266

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 2254

Brief description of cause:
PETITION FOR WRIT OF HABEAS CORPUS

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 01/09/2008

SIGNATURE OF ATTORNEY OF RECORD
*Carl Fab*

**FOR OFFICE USE ONLY**

RECEIPT # 146255  AMOUNT $5-  1/9/08 DY  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____